|  | IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA |
|---|---|

ESTELLA PERALTA-NAJERA,   CASE NO.:

    Plaintiff,

vs.

SAM'S EAST, INC. d/b/a SAM'S CLUB,
a Foreign For-Profit Corp.

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ESTELLA PERALTA-NAJERA (hereinafter "PERALTA-NAJERA"), by and through undersigned counsel, hereby sues Defendant, SAM'S EAST, INC, a Foreign For-Profit Corp. d/b/a Sam's Club (hereinafter "SAM'S CLUB"), and states:

1. This is an action for damages that exceeds Fifty Thousand ($50,000.00) Dollars, exclusive of interest and court costs.

2. At all times material hereto and at the time of the incident complained of, Plaintiff was a resident of Fort Myers, Lee County, Florida and *sui juris*.

3. At all times material hereto and at the time of the incident complained of, Defendant, SAM'S CLUB was a foreign for-profit limited liability company that was licensed to do business in the State of Florida.

4. At all times material hereto, and at the time of the incident complained of, Defendant, SAM'S CLUB, owned, operated, maintained and controlled a grocery store, located at 5170 S Cleveland Avenue, Fort Myers, Lee County, Florida.

5. On or about November 8, 2022 at approximately 11:00 a.m., Plaintiff, PERALTA-NAJERA, was a business invitee who was lawfully on Defendant, SAM'S CLUB, aforedescribed

premises, when Plaintiff slipped and fell on a liquid substance on the floor. As a result of the incident in question, Plaintiff was seriously and severely injured as more fully set forth herein.

## COUNT I – STATUTORY NEGLIGENCE AGAINST SAM'S CLUB

Plaintiff, PERALTA-NAJERA, realleges and reavers the allegations contained in paragraphs 1 through 5 as though fully set forth herein and further states:

6. On the aforementioned time, date, and place, Defendant, SAM'S CLUB, by and through its agents and employees, owed a non-delegable duty to Plaintiff, PERALTA-NAJERA, to maintain and keep the aforedescribed premises in a reasonably safe condition.

7. At the aforedescribed time, date, and place, Defendant, SAM'S CLUB, acted negligently and carelessly, and breached its duty of care, in one or more of the following ways:

   a. by improperly and carelessly causing the liquid substance to get on the floor, thereby creating a dangerous and hazardous condition;

   b. by failing to detect or remove the liquid substance on the floor, although it knew, or in the exercise of reasonable care, should have known of the existence of said liquid on the floor, and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid; and

   c. by failing to provide adequate warnings in writing and/or other reasonable notice of the aforedescribed unsafe, dangerous, and hazardous conditions to patrons, including but not limited to, Plaintiff, although Defendant knew, or in the exercise of reasonable care, should have known, about the existence of said condition, and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition, as aforedescribed.

   d. by failure to properly maintain and inspect its floors and premises.

   e. the condition occurred with regularity and was therefore foreseeable on Defendant's premises, and as a result, Defendant, SAM'S CLUB, was on constructive notice of the dangerous and hazardous condition.

8. As a direct and proximate cause of Defendant, SAM'S CLUB's, negligence and carelessness, Plaintiff, PERALTA-NAJERA suffered serious and permanent bodily injuries and

damages, resulting pain therefrom, pain and suffering, exacerbation of a pre-existing injury, mental anguish, past and future medical expenses, lost wages, diminished capacity for future earnings, loss of capacity for the enjoyment of life, and disfigurement. These injuries are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

**WHEREFORE**, Plaintiff, PERALTA-NAJERA, demands judgment against Defendant, SAM'S CLUB, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of interest and costs, which are prayed for in addition thereto. Plaintiff further demands a trial by jury of all issues so triable by right.

### COUNT II – NEGLIGENCE AGAINST SAM'S CLUB (IMPROPER FLOORING SURFACES)

Plaintiff, PERALTA-NAJERA, realleges and reavers the allegations contained in paragraphs 1 through 5 as though fully set forth herein and further states:

9. On the aforementioned time, date, and place, Defendant, SAM'S CLUB, by and through its agents and employees, owed a non-delegable duty to Plaintiff, PERALTA-NAJERA, to construct, maintain, and keep the aforedescribed premises in a reasonably safe condition.

10. At the aforedescribed time, date, and place, Defendant, SAM'S CLUB, acted negligently and carelessly, and breached its duty of care to Plaintiff, PERALTA-NAJERA, by failing to install, maintain, and provide safe flooring surfaces on its premises.

11. Defendant, SAM'S CLUB, has actual and/or constructive notice that their flooring becomes slippery, and therefore unreasonably dangerous, when wet. This is evidenced by:

   a. Defendant keeps records of each slip and fall;

   b. Defendant purchases "Slippery When Wet" warning signs that they instruct their employees to place at locations when they detect liquid substances on the floor;

   c. Defendant trains all of their employees to be on the look out for liquid on the floor;

   d. Defendant trains all of their employees to clean floor areas where liquid is detected; and

  e. Defendant has a different flooring surface in the vestibule that does not get slippery when wet.

12. As a direct and proximate cause of Defendant, SAM'S CLUB's, negligence, Plaintiff, PERALTA-NAJERA suffered serious and permanent bodily injuries and damages, resulting pain therefrom, pain and suffering, exacerbation of a pre-existing injury, mental anguish, past and future medical expenses, lost wages, diminished capacity for future earnings, loss of capacity for the enjoyment of life, and disfigurement. These injuries are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

**WHEREFORE**, Plaintiff, PERALTA-NAJERA, demands judgment against Defendant, SAM'S CLUB in an amount in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of interest and costs, which are prayed for in addition thereto. Plaintiff further demands a trial by jury of all issues so triable by right.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable by right.

RESPECTFULLY submitted this 22nd day of March, 2023.

          **KANNER & PINTALUGA, PA**
          Attorneys for the Plaintiff
          925 S. Federal Highway, Sixth Floor
          Boca Raton, FL 33432
          Phone: (561) 424-0032/Fax: (844) 818-5452
          Service Email: Pleadings12@kpattorney.com
                Mgrace@kpattorney.com

      By: */s/ Mina Grace*
         MINA GRACE, ESQ.
         FBN: 55897